OFFICE OF DISCIPLINARY COUNSEL *v.* CARNEY.

[Cite as *Disciplinary Counsel v. Carney* (1993), 66 Ohio St.3d 104.]

(No. 92–2165—Submitted February 9, 1993—Decided April 14, 1993.)

---

*J. Warren Bettis,* Disciplinary Counsel, and *Dianna L. Chesley,* Assistant Disciplinary Counsel, for relator.

*Thomas E. Carney, pro se.*

---

*Per Curiam.* We agree with the board's findings of misconduct and its recommendation. Accordingly, respondent is hereby permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.